**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas 77002**
**Telephone: (713) 718-4650 x 241**
**Fax: (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **COBALT INTERNATIONAL ENERGY,** | § | **17-36709 (MI)** |
| **INC.,** *et al.*, | § | **(Chapter 11)** |
| | § | **Jointly Administered** |
| **DEBTORS**[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| 1.  Wells Fargo Bank, National Association<br>    Attn: James R. Lewis<br>    150 East 42nd Street, 40th Floor<br>    New York, NY 10017<br>    Tel. 917-260-1576<br>    Fax 866-524-4681<br>    E-Mail:  james.r.lewis@wellsfargo.com | Reed Smith, LLP<br>Eric A. Schaffer, Esq.<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel. 412-288-4202<br>Fax 412-288-3063<br>E-Mail: eschaffer@reedsmith.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316). The Debtors' service address is: 920 Memorial City Way, Suite 100, Houston, Texas 77024.

| | |
|---|---|
| 2. Baker Hughes, a GE Company<br>Attn:  Christopher J. Ryan<br>2001 Rankin Road<br>Houston, TX  77073<br>Tel. 713-879-1063<br>E-Mail:  christopher.ryan3@bhge.com | Snow Spence Green, LLP<br>Kenneth Green, Esq.<br>2929 Allen Parkway, Suite 2800<br>Houston, TX  77019<br>Tel. 713-335-4800<br>Fax 713-335-4848<br>E-Mail: kgreen@snowspencelaw.com |
| 3. Schlumberger Technology Corporation<br>Attn:  Don Burell<br>1325 S. Dairy Ashford<br>Houston, TX  77077<br>Tel. 281-285-1963<br>E-Mail:  dburell@slb.com | Snow Spence Green, LLP<br>Holly C. Hamm, Esq.<br>2929 Allen Parkway, Suite 2800<br>Houston, TX  77019<br>Tel. 713-335-4800<br>Fax 713-335-4848<br>E-Mail: hollyhamm@snowspence.com |

Date:  December 21, 2017                    Respectfully Submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By:      /s/ Hector Duran
         Hector Duran
         Texas Bar No. 00783996/Fed. ID No. 15243
         515 Rusk, Suite 3516
         Houston, Texas  77002
         Telephone:  (713) 718-4650 x 241
         Fax:  (713) 718-4670
         E-Mail: hector.duran.jr@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on each member of the Committee of Unsecured Creditors and their counsel, and to the Debtors, Debtors' counsel, parties requesting notice, and the twenty largest unsecured creditors by United States Mail, first class, postage prepaid, or by ECF notification or BNC service, on the 21st day of December, 2017.

/s/ Hector Duran
Hector Duran

2