IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COBALT INTERNATIONAL ENERGY, INC., *et al.*,[1] | ) ) ) | Case No. 17-36709 (MI) |
| Debtors. | ) ) | (Jointly Administered) |

**PLAN SUPPLEMENT FOR THE JOINT CHAPTER 11 PLAN OF COBALT INTERNATIONAL ENERGY, INC. AND ITS DEBTOR AFFILIATES**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") submit this plan supplement (this "Plan Supplement") in support of, and in accordance with, the *Fourth Amended Joint Chapter 11 Plan of Cobalt International Energy, Inc. and Its Debtor Affiliates* [Docket No. 561] (as may be modified, amended, or supplemented from time to time, the "Plan"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan. The documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed by the Bankruptcy Court, the documents contained in this Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316). The Debtors' service address is: 920 Memorial City Way, Suite 100, Houston, Texas 77024.

## CONTENTS

This Plan Supplement contains the following documents, each as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan as set forth below:

| **Exhibit** | **Description** |
|---|---|
| A | Schedule of Assumed or Assumed and Assigned Executory Contracts and Unexpired Leases |
| B | Schedule of Rejected Executory Contracts and Unexpired Leases |
| C | Schedule of Retained Causes of Action |
| D | Identity and Compensation of the Plan Administrator |
| E | Disputed Claims Reserve Amount |
| F | Wind-Down Budget |

The documents contained in this Plan Supplement remain subject to continuing negotiations among the Debtors and parties in interest. The Debtors may amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

[*Remainder of Page Intentionally Left Blank*]