IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COBALT INTERNATIONAL ENERGY, INC., *et al.*,[1] | ) | Case No. 17-36709 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF FILING OF FIRST AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on March 8, 2018, the United States Bankruptcy Court for the Southern District of Texas entered an order [Docket No. 563] (the "Disclosure Statement Order"):  (a) authorizing Cobalt International Energy, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Fourth Amended Joint Chapter 11 Plan of Cobalt International Energy, Inc. and Its Debtor Affiliates* [Docket No. 561] (as may be modified, amended, or supplemented from time to time, the "Plan"),[2] (b) approving the *Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Cobalt International Energy, Inc. and Its Debtor Affiliates* [Docket No. 562] (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, (c) approving the solicitation materials and documents to be included in the solicitation packages, and (e) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan and the Disclosure Statement Order, the Debtors filed the *Plan Supplement for the Joint Chapter 11 Plan of Cobalt International Energy, Inc. and Its Debtor Affiliates* [Docket No. 612] (the "Original Plan Supplement") with the Court on March 21, 2018.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file this *First Amended Plan Supplement* (the "First Amended Plan Supplement," and together with the Original Plan Supplement, the "Plan Supplement").

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan.  These documents have not yet been approved by the Court.  If the Plan is confirmed by the Court, the documents contained in this Plan Supplement will be approved by the Court pursuant to the Confirmation Order.  Certain documents, or portions thereof, contained in this Plan Supplement

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316).  The Debtors' service address is:  920 Memorial City Way, Suite 100, Houston, Texas 77024.

[2] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Plan.

remain subject to continuing negotiations among the Debtors and interested parties with respect thereto.  The Debtors may amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Court.  If any Plan Supplement document is altered, amended, modified, or supplemented in any material respect, the Debtors will file a blackline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the First Amended Plan Supplement contains the following documents (each as defined in the Plan):

- **Exhibit A**:  Amended Exhibit A of the Plan Supplement (Schedule of Assumed or Assumed and Assigned Executory Contracts and Unexpired Leases).

- **Exhibit A(i)**:  Blackline of revised Exhibit A of the Plan Supplement (Schedule of Assumed or Assumed and Assigned Executory Contracts and Unexpired Leases).

- **Exhibit B**.  Amended Exhibit B of the Plan Supplement (Schedule of Rejected Executory Contracts and Unexpired Leases).

- **Exhibit B(i)**:  Blackline of revised Exhibit B of the Plan Supplement (Schedule of Rejected Executory Contracts and Unexpired Leases).

- **Exhibit C-2**:  Amended Exhibit C-2 of the Plan Supplement (Schedule of Retained Causes of Action Regarding Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Potential Litigation).

- **Exhibit C-2(i)**:  Blackline of revised Exhibit C-2 of the Plan Supplement (Schedule of Retained Causes of Action Regarding Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Potential Litigation).

- **Exhibit E**:  Amended Exhibit E of the Plan Supplement (Disputed Claims Reserve Amount).

- **Exhibit E(i)**:  Blackline of revised Exhibit E of the Plan Supplement (Disputed Claims Reserve Amount).

- **Exhibit F**:  Amended Exhibit F of the Plan Supplement (Wind Down Budget).

- **Exhibit F(i)**:  Blackline of revised Exhibit F of the Plan Supplement (Wind Down Budget).

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **April 3, 2018, at 8:30 a.m.**, prevailing Central Time, before the Honorable Marvin Isgur, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **March 27, 2018, at 4:00 p.m.**, prevailing Central Time (the "Plan Objection Deadline"). Any objection to the Plan *must*: (a) be in writing, (b) conform to the Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court, (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection, and (d) be filed with the Court (contemporaneously with a proof of service).

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, or related documents, you should contact Kurtzman Carson Consultants LLC, the notice and claims agent retained by the Debtors in the chapter 11 cases (the "Notice and Claims Agent"), by: (a) calling the Notice and Claims Agent at (866) 967-1782 (toll free) or (310) 751-2682 (international), (b) visiting the Debtors' restructuring website at: https://www.kccllc.net/cobalt, (c) writing to the Notice and Claims Agent at Cobalt Ballot Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, and/or (d) emailing CobaltInfo@kccllc.com. You may also obtain copies of any pleadings filed in the chapter 11 cases for a fee via PACER at: http://ecf.txsb.uscourts.gov.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE NOTICE AND CLAIMS AGENT.**

Houston, Texas
Dated:  March 29, 2018

/s/ Zack A. Clement
Zack A. Clement (Texas Bar No. 04361550)
**ZACK A. CLEMENT PLLC**
3753 Drummond Street
Houston, Texas 77025
Telephone: (832) 274-7629

-and-

James H.M. Sprayregen, P.C.  (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
Laura Krucks (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*